UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| ADAM C. BONALDI, | ) | |
| Plaintiff, | ) | 2:10-CV-01907-PMP-LRL |
| vs. | ) | **ORDER** |
| BAC HOME LOANS SERVICING, LP, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #6) filed February 15, 2011. To date, Plaintiff Bonaldi has failed to file an opposition to Defendant's motion to dismiss, and the time for doing so has expired. Therefore, pursuant to the Local Rules of Practice of this Court, Bonaldi consents to the granting of Defendants' motion.

Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief requested on the merits of their motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #6) is **GRANTED** and that judgment is hereby entered in favor of Defendants and against Plaintiff Bonaldi.

DATED: March 4, 2011.

_____
PHILIP M. PRO
United States District Judge