UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADAM C. BONALDI, | 2:10-CV-01907-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| BAC HOME LOANS SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., | |
| Defendants. | |

Having read and considered Defendants' Motion to Dismiss (Doc. #6), Plaintiff's Response in Opposition thereto (Doc. #13), and Defendants' Reply (Doc. #14) and having further considered the arguments of counsel at the hearing conducted May 2, 2011, and for the reasons set forth in Defendants' motion and reply memorandum,

**IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #6) is **GRANTED** and the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff Adam Bonaldi.

DATED: May 9, 2011.

_____
PHILIP M. PRO
United States District Judge